Nov. Term,
1855.

Lenington
v.
Canaday.

---

LENINGTON *v.* CANADAY.

APPEAL from the *Henry* Court of Common Pleas.
*Per Curiam.*—Suit for damages on the breach of warranty of a horse sold. Jury trial, and judgment for the plaintiff for 20 dollars.

The case is not very clearly right, but it was fairly put to the jury by the Court, and they have given the plaintiff 20 dollars. We can not reverse the judgment upon this finding.

The judgment is affirmed, with 1 per cent. damages and costs.

*W. Grose*, for the appellant.
*J. T. Elliott* and *J. H. Mellett*, for the appellee.